## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ANDREW CORPORATION, Plaintiff, v. DANIEL CASSINELLI, Defendant. | FILED: MAY 28, 2008<br>08CV3088 J. N.<br>JUDGE LEINENWEBER<br>MAG. JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANDREW CORPORATION

| NAME (Type or print) |
|---|
| Gia F. Colunga |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Gia F. Colunga |
| FIRM |
| Freeborn & Peters LLP |
| STREET ADDRESS |
| 311 South Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60606-6677 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282679 | (312) 360-6642 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐