## United States District Court for the Northern District of Illinois

Case Number: 08cv3088              Assigned/Issued By: j. n.

Judge Name: leinenweber            Designated Magistrate Judge: schenkier

**FEE INFORMATION**

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____            Receipt #: 2811578_____

Date Payment Rec'd: 5/28/08_____  Fiscal Clerk: j. n._____

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1___ Original and 0___ copies on 5/28/08___ as to defendant_____
                                 (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05