IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>DANIEL CASSINELLI,<br><br>   Defendant. | Case No. 08-C-3088<br><br>Honorable Harry D. Leinenweber |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff, Andrew Corporation, respectfully moves this Court to issue a preliminary injunction against Defendant, Daniel Cassinelli, for the reasons set forth in Plaintiff's Memorandum of Law in Support of its Motion for Preliminary Injunctive Relief.

            Respectfully submitted,

            ANDREW CORPORATION

            By: /s/   Gia F. Colunga
              One of Its Attorneys

Jeffrey J. Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
312.360.6000

Dated: June 17, 2008