IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORPORATION, | |
| Plaintiff, | |
| v. | Case No. 08-C-3088 |
| DANIEL CASSINELLI, | Honorable Harry D. Leinenweber |
| Defendant. | |

### NOTICE OF MOTION

To:   Fredric C. Cohen
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607
Fredric.cohen@chengcohen.com

**PLEASE TAKE NOTICE** that on June 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Preliminary Injunctive Relief, Plaintiff's Motion for Leave to File in Excess of the 15-Page Limit Instanter Its Memorandum in Support of Its Motion for Preliminary Injunctive Relief, and Plaintiff's Motion for Expedited Discovery, a copy of which is hereby served upon you.

Respectfully submitted,

ANDREW CORPORATION

By: /s/   Gia F. Colunga
One of Its Attorneys

- 2 -

Jeffrey J. Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
312.360.6000

Dated: June 17, 2008

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, being one of the attorneys for Andrew Corporation, hereby certifies that she caused a copy of the foregoing Notice of Motion, Plaintiff's Motion for Preliminary Injunctive Relief, Plaintiff's Motion for Leave to File in Excess of the 15-Page Limit Instanter Its Memorandum in Support of Its Motion for Preliminary Injunctive Relief, and Plaintiff's Motion for Expedited Discovery, to be served upon the following parties on June 17, 2008:

>Fredric C. Cohen
>Cheng Cohen LLC
>1101 W. Fulton Market, Suite 200
>Chicago, Illinois 60607
>Fredric.cohen@chengcohen.com

via the Court's electronic filing system.


/s/　Gia F. Colunga

1556170v1