**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Andrew Corporation
        Plaintiff,

v.                                         Case No.: 1:08−cv−03088
                                                  Honorable Harry D. Leinenweber

Daniel Cassinelli
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiff's Motion for leave to file in excess of fifteen pages [9] is granted. Briefing schedule set on plaintiff's motion for expedited discovery and motion for preliminary injunction: Responses due by 7/9/2008, Replies due by 7/21/2008. Status hearing set for 7/3/2008 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.