UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andrew Corporation
                  Plaintiff,

v.                                          Case No.: 1:08−cv−03088
                                          Honorable Harry D. Leinenweber

Daniel Cassinelli
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2008:

       MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 7/3/2008. PreliminaryInjunction hearing set for 8/21/2008 at 10:00 AM. Status hearing set for 7/29/2008 at 09:00 AM. Cause to be referred to Magistrate Judge Schenkier for settlement conference.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.