IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORPORATION, | |
| Plaintiff, | |
| v. | Case No. 08-C-3088 |
| DANIEL CASSINELLI, | Honorable Harry D. Leinenweber |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF ITS
MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Plaintiff, Andrew Corporation, by and through its undersigned counsel, for its Unopposed Motion for Extension of Time of File Reply in Support of Its Motion for Preliminary Injunctive Relief, states as follows:

1. On June 17, 2008, Andrew filed its Motion for Preliminary Injunctive Relief with the Court.

2. On July 19, 2008, this Court entered a briefing schedule on that motion with Defendant's response due by July 9, 2008, and Plaintiff's reply due by July 21, 2008.

3. Defendant timely-filed his response brief on July 9, 2008.

4. Last week, lead counsel for Plaintiff found himself unable to devote the necessary time to working on the reply brief due to the fact that his wife was in the hospital.

5. Plaintiff's counsel has informed counsel for Defendant of the request for additional time to file its reply, and counsel for Defendant stated that he had no objection.

6. Based on the above, Plaintiff finds itself unable to adequately respond to Defendant's arguments by today's date. As such, Plaintiff requests a four-day extension from the Court, until July 25, 2008, to file its reply.

WHEREFORE, for the reasons stated above, Plaintiff requests that this Court grant its Unopposed Motion for Extension of Time to File Reply in Support of Its Motion for Preliminary Injunctive Relief and allow it a four-day extension, until July 25, 2008, to file its reply with the Court.

Respectfully submitted,

ANDREW CORPORATION

By: /s/   Catherine A. Miller
    One of Its Attorneys

Jeffrey J. Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois  60606-6677
312.360.6000

Dated: July 21, 2008