IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL CASSINELLI,<br><br>        Defendant. | Case No. 08-C-3088<br><br>Honorable Harry D. Leinenweber |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on July 29, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Unopposed Motion For Extension of Time to File Reply in Support of Its Motion for Preliminary Injunctive Relief**, a copy of which is hereby served upon you.

                                        Respectfully submitted,

                                        **ANDREW CORPORATION**

                                        By: /s/   Catherine A. Miller
                                                      One of Its Attorneys

Jeffrey J. Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois  60606-6677
312.360.6000

Dated: July 21, 2008

ANDREW CORPORATION V. DANIEL CASSINELLI

SERVICE LIST

Fredric A. Cohen
Cheng Cohen LLC
1101 W. Fulton Market
Suite 200
Chicago, Illinois 60607
Phone: (312) 243-1717
Fredric.cohen@chengcohen.com

Edward N. Druck
Franczek Sullivan PC
300 S. Wacker Drive
Suite 3400
Chicago, Illinois 60606
Phone: (312) 786-6128
Fax: (312) 986-9192
end@franczek.com

David A. Piedra
Morrison Cohen LLP
909 Third Avenue
27th Floor
New York, New York 10022
Phone: (212) 735-8775
david.piedra@morrisoncohen.com

## CERTIFICATE OF SERVICE

The undersigned, being one of the attorneys for Andrew Corporation, hereby certifies that she caused a copy of the foregoing **Notice of Motion** and **Plaintiff's Unopposed Motion For Extension of Time to File Reply in Support of Its Motion for Preliminary Injunctive Relief** to be served upon the following parties on July 21, 2008:

> Fredric A. Cohen
> Cheng Cohen LLC
> 1101 W. Fulton Market
> Suite 200
> Chicago, Illinois 60607
> Phone: (312) 243-1717
> Fredric.cohen@chengcohen.com
>
> Edward N. Druck
> Franczek Sullivan PC
> 300 S. Wacker Drive
> Suite 3400
> Chicago, Illinois 60606
> Phone: (312) 786-6128
> Fax: (312) 986-9192
> end@franczek.com
>
> David A. Piedra
> Morrison Cohen LLP
> 909 Third Avenue
> 27th Floor
> New York, New York 10022
> Phone: (212) 735-8775
> david.piedra@morrisoncohen.com

via the Court's electronic filing system.

/s/   Catherine A. Miller

1560854v2/25574-0014