IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-C-3088 |
| | ) | |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| DANIEL CASSINELLI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CASSINELLI'S MOTION FOR LEAVE
TO FILE SUBSTITUTION OF ATTORNEYS**

Defendant, Daniel Cassinelli, through his attorneys, moves to withdraw the appearance of Andrew P. Bleiman and Fredric A. Cohen of Cheng Cohen LLC and David A. Piedra of Morrison Cohen LLP and enter the appearance of Edward N. Druck and Amy Moor Gaylord of Franczek Sullivan P.C. In support of his motion, Defendant states as follows:

1. Andrew P. Bleiman, Fredric A. Cohen, and David A. Piedra previously entered their appearance as counsel for Defendant Cassinelli.

2. Defendant Cassinelli has retained the law firm of Franczek Sullivan P.C. to represent him in this action.

3. Accordingly, Edward N. Druck and Amy Moor Gaylord seek leave to substitute as counsel for Defendant Cassinelli. Draft appearance forms are attached as Exhibit A.

381822.1

- 2 -

WHEREFORE, Defendant Daniel Cassinelli respectfully requests that this Court grant his motion and enter an order allowing Andrew P. Bleiman, Fredric A. Cohen, and David A. Piedra to withdraw and Edward N. Druck and Amy Moor Gaylord of Franczek Sullivan P.C. to appear as his counsel.

                                  Respectfully submitted,

                                  DANIEL CASSINELLI

                                By: s/Amy Moor Gaylord - 06243522
                                     One of His Attorneys

Edward N. Druck - 06206868
Amy Moor Gaylord - 06243522
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300
end@franczek.com
amg@franczek.com

Dated:  July 22, 2008

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused the foregoing DEFENDANT CASSINELLI'S MOTION FOR LEAVE TO FILE SUBSTITUTION OF ATTORNEYS to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 22nd day of July, 2008:

Jeffrey Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677

s/Amy Moor Gaylord - 06243522
Amy Moor Gaylord

381822.1

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-C-3088 |

ANDREW CORPORATION

v.

DANIEL CASSINELLI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

DANIEL CASSINELLI

| |
|---|
| NAME (Type or print) |
| Edward N. Druck |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edward N. Druck |
| FIRM |
| Franczek Sullivan P.C. |
| STREET ADDRESS |
| 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06206868 | (312)-986-0300 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-C-3088 |

ANDREW CORPORATION

v.

DANIEL CASSINELLI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

DANIEL CASSINELLI

| |
|---|
| NAME (Type or print) |
| Amy Moor Gaylord |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Amy Moor Gaylord |
| FIRM |
| Franczek Sullivan P.C. |
| STREET ADDRESS |
| 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06243522 | (312)-986-0300 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL         APPOINTED COUNSEL |