IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-C-3088 |
| | ) | |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| DANIEL CASSINELLI, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: Jeffrey Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677

    PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, at 9:00 a.m., we shall appear before Judge Harry D. Leinenweber, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present DEFENDANT CASSINELLI'S MOTION FOR LEAVE TO FILE SUBSTITUTION OF ATTORNEYS, a copy of which is attached and hereby served upon you.

                                          Respectfully submitted,

                                          DANIEL CASSINELLI

                                          By: s/Amy Moor Gaylord - 06243522
                                                   One of His Attorneys

Edward N. Druck - 06206868
Amy Moor Gaylord - 06243522
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300
end@franczek.com
amg@franczek.com

Dated: July 22, 2008

381853.1

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused the foregoing NOTICE OF MOTION to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 22nd day of July, 2008:

Jeffrey Mayer  
Catherine A. Miller  
Gia F. Colunga  
Freeborn & Peters LLP  
311 S. Wacker Drive, Suite 3000  
Chicago, Illinois 60606-6677

<u>s/Amy Moor Gaylord - 06243522</u>  
Amy Moor Gaylord

381853.1