IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>DANIEL CASSINELLI,<br><br>   Defendant. | Case No. 08-C-3088<br><br>Honorable Harry D. Leinenweber |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

  **PLEASE TAKE NOTICE** that on Tuesday, August 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Compel Defendant's Production of Documents**, a copy of which is hereby served upon you.

                Respectfully submitted,

                **ANDREW CORPORATION**

                By: /s/ Catherine A. Miller
                   One of Its Attorneys

Jeffrey J. Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
312.360.6000

Dated: August 14, 2008

1560854v3/25574-0014

## CERTIFICATE OF SERVICE

The undersigned, being one of the attorneys for Andrew Corporation, hereby certifies that she caused a copy of the foregoing **Notice of Motion** and **Plaintiff's Motion to Compel Defendant's Production of Documents** to be served upon the following parties on August 14, 2008:

>Fredric A. Cohen
>Cheng Cohen LLC
>1101 W. Fulton Market
>Suite 200
>Chicago, Illinois 60607
>Phone: (312) 243-1717
>Fredric.cohen@chengcohen.com
>
>Edward N. Druck
>Franczek Sullivan PC
>300 S. Wacker Drive
>Suite 3400
>Chicago, Illinois 60606
>Phone: (312) 786-6128
>Fax: (312) 986-9192
>end@franczek.com
>
>David A. Piedra
>Morrison Cohen LLP
>909 Third Avenue
>27th Floor
>New York, New York 10022
>Phone: (212) 735-8775
>david.piedra@morrisoncohen.com

via the Court's electronic filing system.

/s/　Catherine A. Miller

1560854v3/25574-0014

ANDREW CORPORATION v. DANIEL CASSINELLI
Case No. 08-C-3088

**SERVICE LIST**


Fredric A. Cohen
Cheng Cohen LLC
1101 W. Fulton Market
Suite 200
Chicago, Illinois 60607
Phone: (312) 243-1717
Fredric.cohen@chengcohen.com


Edward N. Druck
Franczek Sullivan PC
300 S. Wacker Drive
Suite 3400
Chicago, Illinois 60606
Phone: (312) 786-6128
Fax: (312) 986-9192
end@franczek.com


David A. Piedra
Morrison Cohen LLP
909 Third Avenue
27th Floor
New York, New York 10022
Phone: (212) 735-8775
david.piedra@morrisoncohen.com

1589355v1/25574-0014