UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andrew Corporation

                Plaintiff,

v.                                          Case No.: 1:08−cv−03088
                                                          Honorable Harry D. Leinenweber

Daniel Cassinelli

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Settlement conference held on 8/18/2008. Further discussions are needed. Status hearing set for 8/26/2008 at 9:00 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.