## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3088 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Andrew Corporation vs. Daniel Cassinelli | | |

**DOCKET ENTRY TEXT**

Plaintiff's Unopposed Motion for extension of time to file reply in support of its motion for preliminary injunctive relief is granted. Defendant Cassinelli's Motion for leave to file substitution of attorneys is granted. Andrew P. Bleiman and Fredric A. Cohen of Cheng Cohen LLC is granted leave to withdraw and Edward N. Druck and Amy Moor Gaylord of Franczek Sullivan P.C. are granted leave to file their appearance. Preliminary Injunction Hearing reset for 8/28/2008 at 10:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | WAP |
|---|---|---|