## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-C-3088
ANDREW CORPORATION

v.

DANIEL CASSINELLI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DANIEL CASSINELLI

| NAME (Type or print) |
| --- |
| Edward N. Druck |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Edward N. Druck |

| FIRM |
| --- |
| Franczek Sullivan P.C. |

| STREET ADDRESS |
| --- |
| 300 South Wacker Drive, Suite 3400 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06206868 | (312) 986-0300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused the foregoing **APPEARANCE** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 20th day of August, 2008:

Jeffrey Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677

s/Edward N. Druck - 06206868
Edward N. Druck

381822v.1