IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL CASSINELLI,<br><br>    Defendant. | Case No. 08-C-3088<br><br>Honorable Harry D. Leinenweber |

**NOTICE OF MOTION**

TO:    Edward N. Druck
Franczek Sullivan PC
300 S. Wacker Drive
Suite 3400
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Tuesday, August 26, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Agreed Motion for Entry of Stipulated Agreed Protective Order**, a copy of which is hereby served upon you.

    Respectfully submitted,

    **ANDREW CORPORATION**

    By: /s/ Catherine A. Miller
        One of Its Attorneys

Jeffrey J. Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
312.360.6000

Dated: August 20, 2008

1560854v4/25574-0014

## CERTIFICATE OF SERVICE

The undersigned, being one of the attorneys for Andrew Corporation, hereby certifies that she caused a copy of the foregoing **Notice of Motion** and **Agreed Motion for Entry of Stipulated Agreed Protective Order** to be served upon the following parties on August 20, 2008:

>Edward N. Druck
>Franczek Sullivan PC
>300 S. Wacker Drive
>Suite 3400
>Chicago, Illinois 60606
>Phone: (312) 786-6128
>Fax: (312) 986-9192
>end@franczek.com

via the Court's electronic filing system.

/s/ Catherine A. Miller