IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>DANIEL CASSINELLI,<br><br>      Defendant. | Case No. 08-C-3088<br><br>Honorable Harry D. Leinenweber |

## NOTICE OF MOTION

TO:   Edward N. Druck
Franczek Sullivan PC
300 S. Wacker Drive
Suite 3400
Chicago, Illinois 60606

     **PLEASE TAKE NOTICE** that on Wednesday, August 27, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Compel Defendant's Production of Documents**, a copy of which is hereby served upon you.

                                             Respectfully submitted,

                                             **ANDREW CORPORATION**

                                             By: /s/   Catherine A. Miller
                                                       One of Its Attorneys

Jeffrey J. Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
312.360.6000

Dated: August 25, 2008

1560854v5/25574-0014

## **CERTIFICATE OF SERVICE**

The undersigned, being one of the attorneys for Andrew Corporation, hereby certifies that she caused a copy of the foregoing **Notice of Motion** and **Plaintiff's Motion to Compel Defendant's Production of Documents** to be served upon the following parties on August 25, 2008:

> Edward N. Druck
> Franczek Sullivan PC
> 300 S. Wacker Drive
> Suite 3400
> Chicago, Illinois 60606
> Phone: (312) 786-6128
> Fax: (312) 986-9192
> end@franczek.com

via the Court's electronic filing system.

/s/ Catherine A. Miller