# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3088 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Andrew Corporation vs. Daniel Cassinelli | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion to Compel is withdrawn. The Agreed Motion for Entry of Stipulated Protective Order is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP