### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ANDREW CORPORATION, | |
| Plaintiff, | |
| v. | Case No. 08-C-3088 |
| DANIEL CASSINELLI, | Honorable Harry D. Leinenweber |
| Defendant. | |

### NOTICE OF MOTION

**TO:**   Edward N. Druck
Franczek Sullivan PC
300 S. Wacker Drive
Suite 3400
Chicago, Illinois  60606

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion for Entry of Agreed Stipulation and Injunctive Order and to Dismiss Case With Prejudice**, a copy of which is hereby served upon you.

Respectfully submitted,

**ANDREW CORPORATION**

By: /s/    Catherine A. Miller
One of Its Attorneys

Jeffrey J. Mayer
Catherine A. Miller
Gia F. Colunga
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois  60606-6677
312.360.6000

Dated: September 2, 2008

## CERTIFICATE OF SERVICE

The undersigned, being one of the attorneys for Andrew Corporation, hereby certifies that she caused a copy of the foregoing **Notice of Motion** and **Plaintiff's Motion for Entry of Agreed Stipulation and Injunctive Order and to Dismiss Case With Prejudice** to be served upon the following parties on September 2, 2008:

>Edward N. Druck
>Franczek Sullivan PC
>300 S. Wacker Drive
>Suite 3400
>Chicago, Illinois  60606
>Phone:  (312) 786-6128
>Fax:  (312) 986-9192
>end@franczek.com

via the Court's electronic filing system.

/s/    Catherine A. Miller

1560854v6/25574-0014